# BIRNBERG & ASSOCIATES

Cory A. Birnberg, P.C.

————
Joseph Salama

Henry D. Dicum
Of counsel

ATTORNEYS AT LAW

703 MARKET STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94103

TEL     (415) 398-1040
FAX    (415) 398-2001
E-MAIL   birnberg@birnberg.com

10 October 2007

## VIA E-FILE WITH CHAMBERS COPY

Chief Magistrate Judge James Larson
United States District Court
Northern California
Courtroom F, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    *Doss v. Transocean Shipmanagment GmbH*
Case No. 06-07072-JL
Our File No: 2557

Dear Judge Larson:

After many attempts to serve Hyundai Marine over the last month and a half using the information on the California Secretary of State's website, we talked to their attorneys and they have agreed to accept service and file an answer by October 12, 2007. We presently expect to be dismissing Transocean Shipmanagement and Lungi Shipping, without prejudice, based on argument from counsel that they are not liable as the ship managers. We may bring them back in if we find an adequate basis for liability. We are respectfully requesting an additional forty-five days so that the case may be at issue before the first conference. In the meantime, we will do our best to effectuate service on the remaining two defendants, First Ocean Bulk and John T. Esseberger. Thank you.

Sincerely yours,
BIRNBERG & ASSOCIATES

/s/ Cory A. Birnberg
Cory A. Birnberg

CAB:js
F:\Doss,Tonita 3rd party~2557\Letters\Judge Larson~update and request for continuance2.doc

IT IS SO ORDERED

*James Larson*

Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA