| | |
|---|---|
| 1 | **BIRNBERG & ASSOCIATES** |
| | CORY A. BIRNBERG (SBN 105468) |
| 2 | JOSEPH SALAMA (SBN 212225) |
| | 703 Market Street Suite 600 |
| 3 | San Francisco, California 94103 |
| | Telephone Number: (415) 398-1040 |
| 4 | Facsimile Number: (415) 398-2001 |
| 5 | Attorneys for Plaintiff |
| | TONITA DOSS |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONITA DOSS, | ) | **Case No. 06-07072-JL** |
| | ) | |
| Plaintiff, | ) | **STIPULATION RE DISMISSAL OF** |
| | ) | **JOHN T. ESSBERGER AND LUNGI** |
| v. | ) | **SHIPPING WITHOUT PREJUDCICE** |
| | ) | **AND ORDER THEREON** |
| TRANSOCEAN SHIPMANAGEMENT | ) | |
| GMBH; FIRST OCEAN BULK; JOHN T. | ) | |
| ESSBERGER GMBH; LUNGI SHIPPING, | ) | |
| INC.; HYUNDAI MERCHANT MARINE | ) | |
| (AMERICA), INC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff TONITA DOSS and Defendants LUNGI SHIPPING, INC. and JOHN T. ESSBERGER GMBH enter into the following agreement and stipulation re dismissal without prejudice of LUNGI SHIPPING, INC. and JOHN T. ESSBERGER GMBH.

Based upon a contractual agreement between the shipowner LUNGI SHIPPING, INC. and defendant HYUNDAI MERCHANT MARINE (AMERICA), INC, and the representations that HYUNDAI MERCHANT MARINE (AMERICA), INC, is liable for any negligence in the loading of the cargo, Plaintiff TONITA DOSS agrees to dismiss defendants LUNGI SHIPPING, INC. and JOHN T. ESSBERGER GMBH without prejudice.

STIPLUATION RE DISMISSAL OF LUNGI SHIPPING         -1-         Case No. 06-07072-JL

It is further agreed that if there is reasonable cause to do so, LUNGI SHIPPING, INC. and JOHN T. ESSBERGER GMBH may be brought back into this case upon 30 days written notice, and service of such notice may be delivered to the undersigned counsel for Defendants LUNGI SHIPPING, INC. and JOHN T. ESSBERGER GMBH, which shall constitute service of the complaint.

In consideration for the foregoing, should LUNGI SHIPPING, INC. and JOHN T. ESSBERGER GMBH be brought back into this lawsuit, they agree not to raise the defense of the applicable statue of limitations.

**SO STIPULATED.**              .

Dated: 15 May 2008                         BIRNBERG & ASSOCIATES

                                           By:__/s/ Cory A. Birnberg____
                                           Cory A. Birnberg
                                           Attorneys for Plaintiff
                                           TONITA DOSS

Dated: 15 May 2008             EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP


                                           By:_/s/ James J. Tamulski__
                                           James J. Tamulski
                                           Attorneys for Defendants
                                           LUNGI SHIPPING, INC.
                                           and JOHN T. ESSBERGER
                                           GMBH

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPLUATION RE DISMISSAL OF LUNGI SHIPPING         -2-         Case No. 06-07072-JL

# ORDER RE DISMISSAL

Based upon the foregoing stipulation,

IT IS ORDERED THAT defendants LUNGI SHIPPING, INC. and JOHN T. ESSBERGER GMBH are dismissed without prejudice.

Dated: May 16, 2008

By: /s/ James Larson
United States District Court Magistrate

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION RE DISMISSAL OF LUNGI SHIPPING -3- Case No. 06-07072-JL