# FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| JOHN A. FLYNN (1945-1997)<br>SAM D. DELICH (1940-2004)<br>ERICH P. WISE<br>JAMES B. NEBEL<br>NICHOLAS S. POLITIS<br>CONTE C. CICALA<br><br>FAYE LEE PETERSON<br>JEANINE STEELE TEDE<br>MICHELLE M. GU<br>ALEKS E. DRUMALDS<br><br>OF COUNSEL<br>JOHN H. FERGUSON<br>THOMAS C. JORGENSEN | ONE CALIFORNIA STREET, SUITE 350<br>SAN FRANCISCO, CALIFORNIA 94111<br><br>TELEPHONE: (415) 693-5566<br>FAX: (415) 693-0410 | ONE WORLD TRADE CENTER<br>SUITE 1800<br>LONG BEACH, CA 90831-1800<br>TELEPHONE: (562) 435-2626<br>FAX: (562) 437-7555<br><br>REPLY TO: SAN FRANCISCO<br><br>DIRECT DIAL: (415) 693-5562<br>E-MAIL: JEANINET@FDW-LAW.COM |

3 November 2008

United States District Court, Northern District of California
Attn: Chief Magistrate Judge James Larsen
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *Tonita Doss v. Transocean Shipmanagment GMBA et al.*
              **Case No. 06-07072-FL**

Dear Judge Larsen:

      This letter is submitted jointly by Mr. Cory Birnberg, counsel for plaintiff Tonita Doss, and Ms. Jeanine Tede, counsel for defendant Hyundai Merchant Marine Co. Ltd. The parties request that the case management conference currently scheduled for November 12, 2008 be continued for the following reasons.

      This matter involves alleged personal injuries to longshoreman Tonita Doss, and is governed by the Longshore Harbor Workers Compensation Act and general maritime law. Plaintiff initially filed suit against Lungi Shipping, Inc. and John T. Essberger GMBH (collectively, "the shipowner interests") but subsequently dismissed them without prejudice. As a result of facts ascertained during discovery and further legal analysis, Mr. Birnberg has deemed it necessary to bring the shipowner interests back into the litigation as defendants.

      In conformance with the stipulation re dismissal between plaintiff and the shipowner interests, on October 20, 2008, Mr. Birnberg provided the required 30 days written notice to counsel for the shipowner interests of his intent to rejoin them as defendants.

Hon. Mag. Judge Larsen
October 27, 2008
Page 2

      The parties are of the opinion that the case management conference would be more productive if all parties to the action are present, and respectfully request a continuance of at least sixty (60) days to mid-January, 2009.

      Very truly yours,

/s/
Jeanine Steele Tede
Flynn, Delich & Wise LLP
*Counsel for Defendant*
Hyundai Merchant Marine Co. Ltd.

/s/
Cory A. Birnberg
Birnberg & Associates
*Counsel for Plaintiff*
Tonita Doss

cc:     James Tamulski
          Emard, Danoff Port, Tamulski & Paetzold
          Counsel for Lungi Shipping Inc. and John T. Essberger GMBH

The Case Management Conference has been continued to January 14, 2009 at 10:30 a.m.

IT IS SO ORDERED.

IT IS SO ORDERED
Judge James Larson