BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (SBN 105468)
1083 Mission Street Third Floor
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Attorneys for Plaintiff
TONITA DOSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONITA DOSS,<br><br>  Plaintiff,<br><br>vs.<br><br>TRANSOCEAN SHIPMANAGEMENT GMBA; ET AL.,<br><br>  Defendants. | Case No. 06-07072-JL<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date: June 17, 2009<br>Time: 10:30 a.m.<br>Place: Ctrm. F, 15th Floor |

THE PARTIES HEREBY agree and stipulate to the continuation of the Status Conference in the above referenced action, currently set for June 17, 2009, in the above entitled case to September 16, 2009 at 10:30 a.m. as discovery is still ongoing.

Dated: June 16, 2009          BIRNBERG & ASSOCIATES

                              By: ___/s/ Cory A. Birnberg___
                                  Cory A. Birnberg
                                  Attorneys for Plaintiff

Dated: June 16, 2009          FLYNN, DELICH & WISE LLP

                              By_/s/__Jeanine Steele Tede_____
                                  Jeanine Steele Tede
                                  Attorneys for Defendant
                              HYUNDAI MERCHANT MARINE CO. LTD.

BIRNBERG & ASSOCIATES
1083 MISSION STREET
THIRD FLOOR
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION TO CONTINUE STATUS CONF and ORDER        1        06-07072-JL

Dated: June 16, 2009                EMARD DANOFF PORT TAMULSKI &
                                    PAETZOLD LLP


                                    By: __/s/ James J. Tamulski_____
                                         James J. Tamulski
                                         Attorney for Defendant
                                    JOHN T. ESSBERGER AND LUNGI
                                    SHIPPING, INC.


                                    ORDER

Based upon the foregoing stipulation and good cause appearing therefor,

**IT IS SO ORDERED** that the Status Conference set for June 17, 2009 at 10:30 a.m. is continued to September 16, 2009 at 10:30.


Dated: __June 17, 2009__            By:_____/s/ James Larson_____
                                        Chief Magistrate Judge James Larson
                                        United States District Court
                                        Northern District of California

BIRNBERG &
ASSOCIATES

1083 MISSION STREET
THIRD FLOOR
SAN FRANCISCO
CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION TO CONTINUE STATUS CONF and ORDER    2    06-07072-JL