## BIRNBERG & ASSOCIATES

Cory A. Birnberg, P.C.

Henry D. Dicum
Of counsel

ATTORNEYS AT LAW
1083 MISSION STREET, THIRD FLOOR
SAN FRANCISCO, CALIFORNIA 94103

TEL     (415) 398-1040
FAX    (415) 398-2001
E-MAIL   birnberg@birnberg.com

September 11, 2009

**VIA E-FILE WITH CHAMBERS COPY**

Chief Magistrate Judge James Larson
United States District Court - Northern California
Courtroom F, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:   *Doss v. Hyundai, et al.*
           DOI: 01/12/06
           Case No. C-06-7072- JL
           Our File No: 2557

Dear Judge Larson:

      On behalf of the parties in this case, I am writing to update you as to the progress of the case prior to the status conference. It was our understanding a short letter would suffice. At the last status conference on March 18, 2009, we advised that we are taking depositions. We have taken the depositions of Safety Manager Ed Hughlett and Pier 80 Site Supervisor Terry Hirsch of Marine Terminals Corp. ("MTC").  MTC was plaintiff's employer.  We have not yet completed Mr. Hirsch's deposition.  In addition, MTC has agreed to produce the "ship's file" which is likely to contain relevant documents, but has not done so to date. We may soon be asking the Court for an Order seeking production of that file, and for sanctions to be imposed on MTC. We - took the deposition of another  - ship superintendent, named Nathan Banks, who was a - percipient witness to  - the accident. -

      The defendant Essenberger wished to depose further longshoreman and has propounded some written discovery. Plaintiff has propounded written discovery to the defendant Essenberger and to defendant Hyundai and both defendants have responded. In August, defendant Essenberger -took the depositions of George Galarza and Rob Dumlao, and may wish to depose a couple more of the longshoremen.  Plaintiff needs - to conclude Mr. Hirsch's deposition, and the Defendants hope, and expect, that this will occur very soon. Plaintiff plans to take the deposition of the Person Most Knowledgeable from Essenberger regarding the ISM Code and the obligations regarding storage of the cargo.  Defendant Essenberger may object to that deposition. Plaintiff will also take the deposition of the Person Most Knowledgeable from Hyundai, regarding the loading and stowage of the cargo.

*Birnberg & Associates*
*Doss v. Hyundai*
**September 11, 2009**
**Page 2 of 2**

These may involve overseas depositions. Essenberger represents that the crew is no longer available for depositions.

Counsel for Essenberger and Doss are currently attempting to meet and confer regarding a discovery disagreement on Plaintiff's responses to special interrogatories.

Tonita Doss currently contemplates further surgery and the re-breaking of certain facial structures to adjust the nasal air passage way which caused a narrowing and subsequent sleep apnea. Plaintiff is awaiting a second medical opinion.

The parties suggest that the Case Management conference be continued for 90 days out to allow the parties to finish the further discovery.

Sincerely yours,
BIRNBERG & ASSOCIATES

/s/ *Cory Birnberg*

Cory A. Birnberg


cc: James Tamulski, Kevin O'Dell and Jeanine Tede (by email).


The case management conference shall be continued to November 18, 2009 at 10:30 a.m.



IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

F:\Doss,Tonita 3rd party~2557\Letters\Judge Larson~update Sept 2009.doc

*Birnberg & Associates*