James B. Nebel (Bar No. 69626)
Jeanine Steele Tede (Bar No. 177731)
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Defendant
HYUNDAI MERCHANT MARINE CO. LTD.
(incorrectly sued herein as Hyundai Merchant
Marine (America) Inc.)

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONITA DOSS<br><br>            Plaintiff,<br><br>     vs.<br><br>TRANSOCEAN SHIPMANAGEMENT GMBA; ETC. ET AL.<br><br>            Defendants. | Case No.: 06-07072-JL<br><br>**STIPULATED REQUEST FOR AMENDMENT OF THE PRE-TRIAL ORDER AND ~~[PROPOSED]~~ ORDER**<br><br>Trial Date October 4, 2010<br><br>THE HON. MAGISTRATE JUDGE LARSON |

Counsel for all parties to this action have met and conferred and jointly request that the pre-trial order be amended as set forth below. Counsel are not requesting a change in the trial date.

1
STIPULATED REQUEST FOR AMENDMENT OF PRE-TRIAL ORDER AND [PROPOSED] ORDER
Case No. 06-07072 JL

At the case management conference on February 17, 2010, the court set the following pre-trial dates:

May 11, 2010 – Last day to disclose experts

May 28, 2010 – Discovery cutoff (except as to pending discovery motions or noticed matters)

June 25, 2010 – Last day to depose experts

July 7, 2010 – Last day to hear dispositive motions

July 23, 2010 – Last day to complete ADR proceeding

August 11, 2010 – Pretrial conference

October 4, 2010 – Trial, expected to last 7 to 10 days

Counsel respectfully request adjustment to these dates, except for the trial date, for the following reasons. On April 5, 2010 counsel for plaintiff reported that plaintiff had obtained a second medical opinion and elected to have further surgery for a condition that she contends is related to injuries for which she is suing in this litigation. Surgery is planned for April or May, 2010 and recovery is expected to take several weeks. After this time, plaintiff will be able and willing to submit to an independent medical examination by defendants' medical experts. Plaintiff will also be able to participate in her continued deposition.

Further, defendant Hyundai has filed a motion for summary judgment, scheduled to be heard on May 12, 2010. Defendants John T. Essenberger and Lungi Shipping anticipate filing a motion for summary judgment during the week of April 12. Defendants' motions relate to the liability issues in this case and are expected at a minimum to narrow the issues for trial and, as a result, the issues to be addressed by the parties' experts. Also, defendants expect that the motions will facilitate meaningful settlement negotiations.

For these reasons, counsel for the parties hereby jointly stipulate to the following proposed schedule and respectfully ask the Court enter an order that as nearly as possible conforms to the schedule set forth below.

July 6, 2010 – Last day to disclose experts

July 23, 2010 – Discovery cutoff (except as to pending discovery motions or noticed matters)

August 20, 2010 – Last day to depose experts

September 1 , 2010 – Last day to hear dispositive motions

September 17, 2010 – Last day to complete ADR proceeding

September 29, 2010
~~August 29, 2010~~ – Pretrial conference

October 4, 2010 – Trial, expected to last 7 to 10 days

The signatory below who is e-filing this document hereby attests that she has obtained the concurrence in the filing of this document of each signatory listed below.

Respectfully submitted.

DATED:  April 9, 2010              FLYNN, DELICH & WISE LLP


By     /s/ Jeanine Steele Tede
         Jeanine Steele Tede
Attorneys for Defendant
HYUNDAI MERCHANT MARINE CO. LTD.


DATED:  April 9, 2010              EMARD DANOFF PORT TAMULSKI &
                                   PAETZOLD LLP


By     /s/ James J. Tamulski
         James J. Tamulski
Attorneys for Defendants
JOHN T. ESSBERGER and
LUNGI SHIPPING, INC.

3
STIPULATED REQUEST FOR AMENDMENT OF PRE-TRIAL ORDER AND [PROPOSED] ORDER
Case No. 06-07072 JL

1  DATED: April 9, 2010                           BIRNBERG & ASSOCIATES

2

3
                                                  By      /s/ Cory A. Birnberg
4                                                         Cory A. Birnberg
                                                  Attorneys for Plaintiff
5                                                 TONITA DOSS

6

7
                                                  * * *
8

9  **Pursuant to stipulation, it is so ordered.**

10

11

12  Dated:  April 14, 2010                        _____
                                                  United States Magistrate Judge
13

Case 3:06-cv-07072-JL   Document 72   Filed 04/19/10   Page 44 of 44

4
STIPULATED REQUEST FOR AMENDMENT OF PRE-TRIAL ORDER AND [PROPOSED] ORDER
Case No. 06-07072 JL