UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| TONITA DOSS,<br>      Plaintiff, | No. C 06-7072 JL |
| v. | **ORDER RE: ATTENDANCE** |
| TRANSOCEAN SHIPMANAGEMENT<br>GMBA, et al.,<br>      Defendants. | Date:     August 13, 2010<br>Mediator:  Cathy Yanni |

IT IS HEREBY ORDERED that the request for defendant Hyundai Merchant Marine Co. Ltd.'s insurer representative, Paul Johnson, to appear telephonically at the August 13, 2010 mediation before Cathy Yanni isGRANTED.  Mr. Johnson shall be available to participate telephonically in the mediation at all times in accordance with ADR L.R. 6-10(f).

IT IS FURTHER ORDERED that the request of defendants John T. Essberger GMBA and Lungi Shipping, Inc. to excuse their clients and insurer representative from personally attending the mediation is GRANTED.  The insurer representative, Judith Burris of Henry Woods, shall have settlement authority for defendants John T. Essberger GMBA and Lungi Shipping, Inc., and shall be available to participate by telephone at all times in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

June 21, 2010         By:        *Elizabeth D. Laporte*

Dated                                            Elizabeth D. Laporte<br>
                                             United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**