1  **BIRNBERG & ASSOCIATES**
   **CORY A. BIRNBERG (SBN 105468)**
2  **1083 Mission St., Third Floor**
   **San Francisco, California 94103**
3  **Telephone Number: (415) 398-1040**
   **Facsimile Number: (415) 398-2001**
4

5  **Attorneys for Plaintiff**
   **TONITA DOSS**
6

7

8                    **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10 **TONITA DOSS,**                    )    **Case No. 06-07072-JL**
                                       )
11                                     )
                                       )
12            **Plaintiff,**           )
                                       )    **AMENDED STIPULATION AND**
13       **vs.**                       )    **[PROPOSED] ORDER**
                                       )    **EXTENDING THE DEADLINE**
14 **TRANSOCEAN SHIPMANAGEMENT**       )    **TO DISCLOSE EXPERT**
   **GMBH; FIRST OCEAN BULK; JOHN**    )    **WITNESSES**
15 **T. ESSBERGER GMBH; LUNGI**        )    **(from July 6, 2010 to July 23, 2010)**
   **SHIPPING, INC.; HYUNDAI**         )    **(without Proof of Service,**
16 **MERCHANT MARINE (AMERICA),**      )    **electronically served)**
   **INC.,**                           )
17            **Defendants.**
18 _____

19

20         THE PARTIES HEREBY agree and stipulate to extend the last day to disclose

21 expert witnesses from July 6, 2010 to July 23, 2010, in the above entitled case.  The last day

22 to depose expert witnesses shall remain August 20, 2010, per the Court's order of April 14,

23 2010.

24

25 Dated: June 14, 2010                    BIRNBERG & ASSOCIATES

26                                         By: ___/s/ Cory A. Birnberg___
27                                         Cory A. Birnberg
                                           Attorneys for Plaintiff
28

BIRNBERG &
ASSOCIATES

1083 Mission Street,
Third Floor
SAN FRANCISCO
CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001

1    Dated: June 14, 2010                    FLYNN, DELICH & WISE LLP

2                                            By  /s/   Jeanine Steele Tede_____

3                                                Jeanine Steele Tede
                                                 Attorneys for Defendant
4                                            HYUNDAI MERCHANT MARINE CO.
                                             LTD.
5

6

7    Dated: June 14, 2010                    EMARD DANOFF PORT TAMULSKI &
                                             PAETZOLD LLP
8

9                                            By:   /s/ James J. Tamulski_____

10                                               James J. Tamulski
                                                 Attorney for Defendants
11                                           JOHN T. ESSBERGER AND LUNGI
                                             SHIPPING, INC.
12

13                                ORDER

14        Based upon the foregoing stipulation and good cause appearing therefore,

15   **IT IS SO ORDERED** that the last day to disclose expert witnesses shall be July 23, 2010

16   and the last day to depose experts shall remain August 20, 2010.

17

18

19   Dated: June 21 , 2010            By:_____

20                                        Chief Magistrate Judge James Larson
                                          United States District Court
21                                        Northern District of California

22

23

24

25

26

27

28

BIRNBERG &
ASSOCIATES

1083 Mission Street,
Third Floor
SAN FRANCISCO
CA. 94103

TEL (415) 398-1040
FAX (415) 398-2001