**BIRNBERG & ASSOCIATES**
**CORY A. BIRNBERG (SBN 105468)**
1083 Mission St., Third Floor
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Attorneys for Plaintiff
TONITA DOSS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONITA DOSS, | Case No. 06-07072-JL |
| Plaintiff, | |
| vs. | STIPULATED REQUEST TO CONTINUE TRIAL AND TO AMEND THE PRE-TRIAL ORDER; |
| HYUNDAI MERCHANT MARINE LTD., INC.; JOHN T. ESSBERGER GMBH; and, LUNGI SHIPPING, INC., | [PROPOSED] ORDER |
| Defendants. | Current trial date: October 4, 2010 |

Counsel for all parties in this action have met and conferred and jointly request that the trial in the matter be continued and that the pre-trial order be amended as set forth below. Counsel make the below request based on continuations of defendants' motions for summary judgment and consequent ruling on the motions to be made some time after the parties planned mediation.  As the motions address significant issues of law defining the parties' duties to plaintiff, the parties' ability to prepare for trial, and to determine the areas where an expert witness may be required or the scope of the existing experts report may be impacted.  Judicial economy and costs would also be served, if the pre-trial depositions of

BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATED REQUEST TO CONTINUE TRIAL AND TO AMEND THE PRE-TRIAL ORDER;
[PROPOSED] ORDER                    1                    Case No. 06-07072-JL

experts and pre-trial submissions were continued. These requests are also based on counsels' trial calendars in the coming months. Furthermore, the parties are seeking a continuation of the trial in order to explore possible settlement at the already scheduled mediation set for August 13, 2010 and possible settlement discussion following the Court's decision in regards to the Motions for Summary Judgment. Lastly, at the August 4, 2010 hearing, the Court indicated it would entertain a stipulation to continue the trial and pre-trial due dates.

For these reasons, counsel for all of the parties hereby jointly stipulate to the following proposed schedule and respectfully request the Court to enter an order as such or as nearly as possible that conforms to the dates set forth below.

| | |
|---|---|
| February 28, 2011 | Trial at 9:00 a.m. |
| February 23, 2011 | Pre-trial conference at 11:00 a.m. |
| January 24, 2011 | Last day to meet in regards to Local Rule 16-10(b) and per the Court's standing orders |
| January 21, 2011 | Last day to depose expert witnesses |
| January 13, 2011 | Expert Rebuttal reports due |
| January 7, 2011 | Last day to exchange expert witness reports |

The signatory below, who is e-filing this document, hereby attest that he has obtained the concurrence in the filing of this document of each signatory listed below.

Respectfully submitted.

Dated: August 4, 2010                    BIRNBERG & ASSOCIATES

                                         By: ____/s/ Cory Birnberg____
                                             Cory A. Birnberg
                                             Attorney for Plaintiff,
                                             TONITA DOSS

BIRNBERG & ASSOCIATES
1083 Mission Street,
Third Floor
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATED REQUEST TO CONTINUE TRIAL AND TO AMEND THE PRE-TRIAL ORDER;
[PROPOSED] ORDER                           2                        Case No. 06-07072-JL

Dated: August 4, 2010            FLYNN, DELICH & WISE, LLP

By: /s/ Jeanine Steele Tede
    Jeanine Steele Tede
    Attorney for Defendant,
    HYUNDAI MERCHANT MARINE CO. LTD

Dated: August 4, 2010            EMARD DANOFF PORT TAMULSKI & PAETZOLD, LLP

By: /s/ James J. Tamulski
    James J. Tamulski
    Attorneys for Defendants,
    JOHN T. ESSBERGER and
    LUNGI SHIPPING, INC.

ORDER

Pursuant to stipulation, it is so ordered.

Dated: August 10, 2010          _____
    Hon. James Larson
    United States Magistrate Judge

BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001