# EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
## ATTORNEYS

| | | |
|---|---|---|
| 49 Stevenson Street, Suite 400 | www.edptlaw.com | Telephone: (415) 227-9455 |
| San Francisco, California 94105 | | Facsimile: (415) 227-4255 |

February 18, 2011

Philip R. Weltin
Weltin, Streb & Weltin LLP
1432 Martin Luther King Jr. Way
Oakland, CA 94612

Cory A. Birnberg
BIRNBERG & ASSOCIATES
1083 Mission Street, 3rd Floor
San Francisco, CA 94103- 2812

Jeanine Steele Tede
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, CA 94111

Katherine F. Theofel
Finnegan, Marks, Theofel & Desmond
1990 Lombard Street, Suite 300
San Francisco, CA 94123

Re: *Doss v. Hyundai, et al.*
Case No. C-06-7072- JL

Dear All,

In response to the letter Mr. Weltin filed with the court today, I received a telephone call from Ms. Kathleen Campbell, Judge Larson's clerk. She asked that I inform you in writing today that the Case Management Conference will take place on February 23, 2011, at 10:30 a.m. Ms. Campbell emphasized the fact that what will occur next Wednesday is a Case Management Conference, and not a hearing on the merits of the fee dispute.

I asked Ms. Campbell if I (and my client), could be excused from attending the CMC, as our role in this matter has concluded and we have no interest in the ongoing dispute. Ms. Campbell asked that I put my request in this letter and she would ask Judge Larson for his response on Tuesday, February 22. It was also suggested that if other counsel would prefer not to attend the CMC that they make a similar written request filed with the Court.

Very truly yours,

/s/ James J. Tamulski
   of
EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

February 18, 2011

*IT IS SO ORDERED*
/s/ Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA