## WELTIN · STREB & WELTIN LLP

Philip R. Weltin
Email: pweltin@weltinlaw.com

1432 Martin Luther King Jr. Way • Oakland, CA 94612
Tel (510) 251-6060 • Fax (510) 251-6040
www.weltinlaw.com

March 21, 2011

**Via ECF**

Chief Magistrate Judge James Larson
United States District Court, Northern California District
Courtroom F, 15th Floor
450 Golden Gate Avenue
San Francisco CA 94102

**Re:** Doss v. Hyundai, et al.
DOI: 01/12/2006
Case No.: C-06-7072 JL

Dear Judge Larson:

This letter is to advise the Court that all funds have been distributed to Ms. Doss and Mr. Birnberg. All parties and lien claimants consent to the dismissal of this action. Plaintiff requests that the March 23, 2011 further case management conference be taken off calendar.

Very truly yours,

/s/
Philip R. Weltin

Birnberg & Associates has received all funds due and hereby consents to the dismissal of this action.

Cory Birnberg

*[Court stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge James Larson]*